

11 Broadway | Suite 615 | New York, NY | 10004 | T. (212) 269-5600 | F. (646) 964-6667 | www.mandelbhandari.com

October 6, 2014

**BY ECF**

Clerk of the Court
United States Court of Appeals
   for the Second Circuit
500 Pearl Street
New York, NY 10007

      **Re:**   Arrow Productions Ltd, Appellant, v. The Weinstein Company LLC, et al, Appellee. S.D.N.Y. No. 13-CV-5488; Appellate No. 14-3559

Dear Sir or Madam:

     We represent Appellant Arrow Productions Ltd. ("Appellant") in the above matter. In accordance with this Court's rules, Appellant hereby notifies the Court that Appellant will file its brief by January 5, 2015.

                                                        Yours truly,

                                                        Evan Mandel